```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/16
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

FDIC,

       Plaintiff,          15 **CIVIL** 6574

                     **JUDGMENT**

  -against-

CITIBANK, N.A.,    Defendant.

-----------------------------------------------------------X

FDIC,

       Plaintiff,          15 **CIVIL** 6560

  -against-

The Bank of New York Mellon,
        Defendant.

-----------------------------------------------------------X

FDIC,

       Plaintiff,

  -against-              15 **CIVIL** 6570

U.S. Bank.,

       Defendant.

-----------------------------------------------------------X

    Defendants having jointly moved to dismiss all of Plaintiff's claims for lack of standing and failure to state a claim, and the matter having come before the Honorable Andrew L. Carter, Jr., United States District Judge, and the Court, on September 30, 2016, having rendered its Order granting Defendants' motion to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction based on Rule 12(b)(1), and dismissing the case without prejudice; and directing the Clerk of Court to close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2016, Defendants' motion to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction based on Rule 12(b)(1) is granted, and the case is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2016

                                                RUBY J. KRAJICK
                                                    Clerk of Court

BY:                   *[signature]*
                                                    **Deputy Clerk**